**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHADI BISHARA, an individual dba HAVANA SPORT BAR AND GRILL, <br><br> Plaintiff, <br><br> v. <br><br> CENTURY SURETY COMPANY; CENTURY INSURANCE GROUP; PROCENTURY CORPORATION, and DOES 1 to 30, Inclusive, <br><br> Defendants. | Case No. EDCV 09-01745-VAP (JCx) <br><br> **JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

　　Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that judgment be entered in favor of Defendant and that Plaintiff take nothing on his Complaint, and his action be DISMISSED WITH PREJUDICE. The Court orders that such judgment be entered.

Dated: April 6, 2011

　　　　　　　　　　　　　　　　　　VIRGINIA A. PHILLIPS
　　　　　　　　　　　　　　　　　　United States District Judge